```
                DISTRICT COURT OF THE VIRGIN ISLANDS
                 DIVISION OF ST. THOMAS AND ST. JOHN

UNITED STATES OF AMERICA,           )
                                    )
              Plaintiff,            )
                                    )
         v.                         )    Criminal No. 2018-30
                                    )
PAUL GIRARD, SHAQUAN PRENTICE,      )
ROBERT BROWN, WAHILLI JAMES,        )
SHAQUIELLE CORREA, JAMES CRUZ,      )
KAREEM HARRY, TYLER EUGENE,         )
ETHERNEAL SIMON, SHERMYRA GUMBS,    )
WAYNE BELLILLE,                     )
                                    )
              Defendants.           )
```

**ATTORNEYS:**

**Gretchen C.F. Shappert, United States Attorney**
**George A Massucco-LaTaif, AUSA**
**Meredith Jean Edwards, AUSA**
United States Attorney's Office
St. Thomas, U.S.V.I.
**Alphonso G. Andrews, AUSA**
United States Attorney's Office
Christiansted, U.S.V.I.
   *For the United States of America,*

**Ryan W. Greene**
St. Thomas, U.S.V.I.
**William A. Morrison**
The Morrison Firm LLC
Atlanta, GA
   *For Paul Girard,*

**Adriane J. Dudley**
**Malorie Diaz**
Dudley Rich Davis LLP
St. Thomas, U.S.V.I.
**Susan K. Marcus**
Law offices of Susan K. Marcus
New York, NY
   *For Shaquan Prentice,*

**Renee Marie Andre**
Law Offices of Marjorie Rawls-Roberts PC
St. Thomas, U.S.V.I.
**Teri L. Thompson**
Teri Thompson LLC
Snellville, GA
    *For Robert Brown,*

**Alex Omar Rosa-Ambert**
Rosa-Ambert Law Offices
San Juan, PR
    *For Wahilli James,*

**Jason Gonzalez-Delgado**
Hato Rey, PR
**John Richard Martin**
Martin Brothers, PC
Atlanta, GA
    *For Shaquielle Correa,*

**Miguel Oppenheimer**
San Juan, PR
**Gary E. Proctor**
Law Offices of Gary E. Proctor, LLC
Baltimore, MD
    *For James Cruz,*

**Kye Walker**
St. Croix, U.S.V.I.
**Anthony Ricco**
New York, NY
**Frantz J. McLawrence**
The McLawrence Law Firm
Fort Lauderdale, Fl
    *For Kareem Harry,*

**Richard F. Farrelly**
Law Offices of Birch DeJongh & Hindels PLLC
St. Thomas, U.S.V.I.
**Reginald Moss**
The Tony Moss Firm, LLC
Miami, FL
    *For Tyler Eugene,*

*United States v. Girard, et al.*
Criminal No. 2018-30
Order
Page 3


**Richard H. Dollison**
**Michall Joseph LaRochell**
Law Offices of Richard H. Dollison PC
St. Thomas, U.S.V.I.
    *For Etherneal Simon,*

**Kendys Pimentel-Soto**
Kendys Pimentel-Soto Law Office LLC
San Juan, PR
**Christopher W. Adams**
Adams & Bischoff, P.C.,
Charleston, SC
    *For Shermyra Gumbs,*

**Alexander Golubitsky**
Alex Golubitsky P.C.
St. Thomas, U.S.V.I.
    *For Wayne Bellille.*

## **ORDER**

**GÓMEZ, J.**

On July 31, 2019, the Court held a status conference with the parties in this matter. At that conference, the Court questioned whether learned counsel should remain in this matter given the July 13, 2019, notice by the United States of its intent not to seek the death penalty as to any defendant.

The premises considered, it is hereby

**ORDERED** that to the extent any defendant wishes to move to retain learned counsel in this matter, he shall do so by no later than 12:00 P.M. on August 2, 2019; to the extent a defendant's motion contains attorney-client privileged information, that defendant is permitted to file his motion *ex*

*parte* and under seal; to the extent a defendant's motion does not contain attorney-client privileged information, that defendant shall file his motion on the open docket.

                                              S\_____
                                                  **Curtis V. Gómez**
                                                  **District Judge**