```
                DISTRICT COURT OF THE VIRGIN ISLANDS
                 DIVISION OF ST. THOMAS AND ST. JOHN

UNITED STATES OF AMERICA,          )
                                   )
          Plaintiff,               )
                                   )
     v.                            )    Criminal No. 2018-30
                                   )
PAUL GIRARD, SHAQUAN PRENTICE,     )
ROBERT BROWN, WAHILLI JAMES,       )
SHAQUIELLE CORREA, JAMES CRUZ,     )
KAREEM HARRY, TYLER EUGENE,        )
ETHERNEAL SIMON, SHERMYRA GUMBS,   )
WAYNE BELLILLE,                    )
                                   )
          Defendants.              )
_____)
```

**ATTORNEYS:**

**Gretchen C.F. Shappert, United States Attorney**
**George A Massucco-LaTaif, AUSA**
**Meredith Jean Edwards, AUSA**
United States Attorney's Office
St. Thomas, U.S.V.I.
**Alphonso G. Andrews, AUSA**
United States Attorney's Office
Christiansted, U.S.V.I.
   *For the United States of America,*

**Ryan W. Greene**
St. Thomas, U.S.V.I.
**William A. Morrison**
The Morrison Firm LLC
Atlanta, GA
   *For Paul Girard,*

**Adriane J. Dudley**
**Malorie Diaz**
Dudley Rich Davis LLP
St. Thomas, U.S.V.I.
**Susan K. Marcus**
Law offices of Susan K. Marcus
New York, NY
   *For Shaquan Prentice,*

**Renee Marie Andre**
Law Offices of Marjorie Rawls-Roberts PC
St. Thomas, U.S.V.I.
**Teri L. Thompson**
Teri Thompson LLC
Snellville, GA
    *For Robert Brown,*

**Alex Omar Rosa-Ambert**
Rosa-Ambert Law Offices
San Juan, PR
    *For Wahilli James,*

**Jason Gonzalez-Delgado**
Hato Rey, PR
**John Richard Martin**
Martin Brothers, PC
Atlanta, GA
    *For Shaquielle Correa,*

**Miguel Oppenheimer**
San Juan, PR
**Gary E. Proctor**
Law Offices of Gary E. Proctor, LLC
Baltimore, MD
    *For James Cruz,*

**Kye Walker**
St. Croix, U.S.V.I.
**Anthony Ricco**
New York, NY
**Frantz J. McLawrence**
The McLawrence Law Firm
Fort Lauderdale, Fl
    *For Kareem Harry,*

**Richard F. Farrelly**
Law Offices of Birch DeJongh & Hindels PLLC
St. Thomas, U.S.V.I.
**Reginald Moss**
The Tony Moss Firm, LLC
Miami, FL
    *For Tyler Eugene,*

**Richard H. Dollison**
**Michall Joseph LaRochell**
Law Offices of Richard H. Dollison PC
St. Thomas, U.S.V.I.
    *For Etherneal Simon,*

**Kendys Pimentel-Soto**
Kendys Pimentel-Soto Law Office LLC
San Juan, PR
**Christopher W. Adams**
Adams & Bischoff, P.C.,
Charleston, SC
    *For Shermyra Gumbs,*

**Alexander Golubitsky**
Alex Golubitsky P.C.
St. Thomas, U.S.V.I.
    *For Wayne Bellille.*

## <u>ORDER[1]</u>

**GÓMEZ, J.**

Before the Court are the motions of Paul Girard ("Girard"), Shaquan Prentice ("Prentice"), Robert Brown ("Brown"), Tyler Eugene ("Eugene"), Shermyra Gumbs ("Gumbs"), James Cruz ("Cruz"), and Shaquielle Correa ("Correa") to retain their learned counsel. Also before the Court is the motion of Kareem Harry's learned counsel to withdraw.

---

[1] The Court will issue a memorandum opinion outlining its reasons at a later date.

The premises considered, it is hereby

**ORDERED** that Girard's motion to retain learned counsel, ECF No. 470, is **DENIED**; it is further

**ORDERED** that Prentice's motion to retain learned counsel, ECF No. 490, is **DENIED**; it is further

**ORDERED** that Brown's motion to retain learned counsel, ECF No. 491, is **DENIED**; it is further

**ORDERED** that Eugene's motion to retain learned counsel, ECF No. 469, is **DENIED**; it is further

**ORDERED** that Gumbs's motion to retain learned counsel, ECF No. 487, is **DENIED**; it is further

**ORDERED** that Cruz's motion to retain learned counsel, ECF No. 489, is **DENIED**; it is further

**ORDERED** that Correa's motion to retain learned counsel, ECF No. 493, is **DENIED**; it is further

**ORDERED** that the motion of Harry's learned counsel[2] to withdraw, ECF No. 468, is **GRANTED**; and it is further

**ORDERED** that each learned counsel shall have up to and including August 23, 2019, to share such information as is

---

[2] While it is unclear in the petition of Harry's learned counsel whether Harry agrees with the petition to withdraw, for the reasons the Court finds that the continued appointment of learned counsel is not appropriate for the other defendants, the Court concludes that the continued appointment of Harry's learned counsel is no longer warranted.

necessary to facilitate a transition to representation without learned counsel, after which the appointments of the several learned counsel in this matter shall be terminated.

                                               S\_____
                                                **Curtis V. Gómez**
                                                **District Judge**